NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MULTIMEDIA PLUS, INC., MULTIMEDIA TECHNOLOGIES, LLC,**
*Plaintiffs-Appellants*

v.

**PLAYERLYNC LLC,**
*Defendant-Appellee*

---

2016-2574

---

Appeal from the United States District Court for the Southern District of New York in No. 1:14-cv-08216-WHP, Judge William H. Pauley, III.

---

**JUDGMENT**

---

BARRY EVAN NEGRIN, Kane Kessler, P.C., New York, NY, argued for plaintiffs-appellants.

RYAN AFTEL TYZ, Tyz Law Group PC, San Francisco, CA, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| August 16, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |